

| MICHAEL A. CARDOZO<br>Corporation Counsel | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>TORT DIVISION<br>SPECIAL LITIGATION UNIT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Daniel L. Adams<br>*Assistant Corporation Counsel*<br>TEL: (212) 356-3173<br>FAX: (212) 788-0367 |

May 22, 2013

*VIA ECF*
Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

        **Re:**     Robinson v. City of New York, et al.
        **Docket No**:  10-cv-02713-ENV-RER
        **City File No**: 2010-025907

Dear Judge Vitaliano:

      The City writes on behalf of both parties, in accordance with your rules "Communications with Chambers, Notification of Settlement" to inform the Court that the case has settled. As soon as practicable, the parties will submit a formally executed stipulation of settlement or discontinuance. A hard copy of the stipulation marked "courtesy copy" will be provided to chambers.

                                        Respectfully submitted,

                                        Daniel L. Adams
                                        Special Assistant Corporation Counsel

cc:     Kelby Bowman
        *(via ECF and e-mail)*